In the Matter of Revoking Letters of Administration Granted on the Estate of Robert C. Hickok, Deceased. Minerva C. Hickok, Appellant; Persis W. Hickok, Respondent.— Decree affirmed, with costs. All concurred.

Carl H. Fish, an Infant, by Henry B. Fish, His Guardian ad Litem, Respondent, v. Lewis Hudson and Edward L. Root, Appellants.— Judgment and order affirmed, with costs. All concurred; Williams, J., not sitting,

Frank L. Myers, Respondent, v. Hattie Burge Brick, Sometimes Called Hattie Burge Myers, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Claimed to Be Injured by the Change of Grade of Delaware Avenue and Claimed to Be Owned by Henry D. Kirkover and Others, and the New York Central and Hudson River Railroad Company, Appellant. (Proceeding No. 91.) — Report and order affirmed, with costs. All concurred.

Sabra L. Handee, Appellant, v. Joseph A. McGinnies, as Executor, etc., of Orson Keith, Deceased, Respondent.— Judgment affirmed, with costs. All concurred.

Charles Richardson, Plaintiff, v. Buffalo, Rochester and Pittsburg Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the verdict, with costs. All concurred.

Esther A. Thomas, an Infant, by Catherine M. Thomas, Her Guardian ad Litem, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred; Spring, J., not sitting.

Helen M. Pancoast, Respondent, v. The Travelers Insurance Company, Appellant.— Judgment affirmed, with costs. All concurred.

Daniel R. Snow, Respondent, v. Dan Snow, Appellant.— Judgment affirmed, with costs. All concurred, except Spring, J., who dissented.

Lucy J. Hart, as Administratrix, etc., of William Hart, Deceased, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mary Trippy, as Administratrix, etc., of Charles F. Trippy, Deceased, Plaintiff, v. The Lake Shore and Michigan Southern Railway Company, Defendant.— Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Daniel C. Mathews, as Administrator, etc., of Mary Mathews, Deceased, Respondent, v. Mary E. Wieting Johnson, Appellant.— Judgment and order affirmed, with costs. All concurred.